Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>DANIEL R. RANGE,<br><br>Defendant. | Docket Number: 6:19-po-0146-JDP<br><br>**MOTION TO VACATE REVIEW HEARING AND DISMISS CASE PURSUANT TO A DEFERRED JUDGEMENT AGREEMENT; AND ORDER THEREON** |

On May 7, 2019, Daniel Range pled guilty to Possession of a Controlled Substance pursuant to a Deferred Judgement Agreement. Range was sentenced to 12 month of unsupervised probation with conditions including he obey all laws, report any new law violations within 7 days, and pay a fine of $300. A review hearing was scheduled for April 7, 2020.

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing on April 7, 2020. To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court. Further, the Defendant has met all conditions of the Deferred Judgement Agreement, and the United States

//

//

1

hereby moves the Court for an Order of Dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

Dated:  April 3, 2020                         /S/ Susan St. Vincent_____
                                              Susan St. Vincent
                                              Legal Officer
                                              Yosemite National Park

ORDER

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the review hearing scheduled for April 7, 2020, in the above-referenced matter, *United States v. Range*, 6:19-po-00146-JDP, be vacated. The case is hereby dismissed.

IT IS SO ORDERED.

Dated: __April 3, 2020__            _____
                                                    UNITED STATES MAGISTRATE JUDGE